FILED
CLERK, U.S. DISTRICT COURT

7/21/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AVELAR,<br><br>            Petitioner,<br><br>      v.<br><br>AUDREY KING, et al.,<br><br>            Respondents. | Case No. CV 13-7095 MWF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss the Petition and the documents submitted in support of and in opposition thereto, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS ORDERED that Judgment be entered granting the Motion to Dismiss and dismissing the Petition and this action without prejudice.

///

///

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2   Report and Recommendation, and the Judgment herein on petitioner and counsel
3   for respondent.
4   LET JUDGMENT BE ENTERED ACCORDINGLY.

6   DATED: July 21, 2015

    _____
    HONORABLE MICHAEL W. FITZGERALD
    UNITED STATES DISTRICT JUDGE