JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

7/21/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AVELAR,<br><br>        Petitioner,<br><br>  v.<br><br>AUDREY KING, et al.,<br><br>        Respondents. | Case No. CV 13-7095 MWF(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: July 21, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE